IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hancock, Rory M | Case Number: 07 B 21262 |
| | Judge: Hollis, Pamela S |
| Printed: 7/8/08 | Filed: 11/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,018.85 |
| Trustee Fee: | | 140.35 |
| Other Funds: | | 2,840.80 |
| Totals: | 5,000.00 | 5,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Associates | Administrative | 2,018.85 | 2,018.85 |
| 2. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Harris Bank | Secured | 0.00 | 0.00 |
| 5. | Comerica Bank | Secured | 0.00 | 0.00 |
| 6. | American Home Mortgage | Secured | 27,853.08 | 0.00 |
| 7. | Harris Bank | Secured | 10,944.80 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 2,157.95 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,214.93 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 398.80 | 0.00 |
| 11. | US Bank | Unsecured | 266.12 | 0.00 |
| 12. | US Bank | Unsecured | 1,185.03 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 85.43 | 0.00 |
| 14. | Discover Financial Services | Unsecured | 1,461.96 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 45.34 | 0.00 |
| 16. | B-Real LLC | Unsecured | 933.05 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 1,424.71 | 0.00 |
| 18. | Comerica Bank | Secured | | No Claim Filed |
| 19. | State Bank of the Lakes | Secured | | No Claim Filed |
| 20. | Schottler & Associates | Priority | | No Claim Filed |
| 21. | Nicor Gas | Unsecured | | No Claim Filed |
| 22. | First Equity | Unsecured | | No Claim Filed |
| 23. | Golden Country | Unsecured | | No Claim Filed |
| 24. | SBC | Unsecured | | No Claim Filed |
| 25. | Alliance One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hancock, Rory M

Printed: 7/8/08

Case Number: 07 B 21262
Judge: Hollis, Pamela S
Filed: 11/13/07

```
                    _____      _____
                    $ 50,990.05     $ 2,018.85
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 140.35 |

```
                _____
                $ 140.35
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____